TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
ANDREW S. COGHLAN (CA BAR 313332)
LUCY E. BROWN (HI BAR #10946)
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-9275 (Coghlan)
(202) 598-1868 (Brown)
andrew.coghlan@usdoj.gov
lucy.e.brown@usdoj.gov

RANDY S. GROSSMAN
Acting United States Attorney
BRETT NORRIS (CA Bar #224875)
Deputy Chief, Civil Division
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
(619) 546-7620

*Attorneys for Plaintiff*

UNITED STATE DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br>    Plaintiff,<br><br>            v.<br><br>CALIFORNIA REGIONAL<br>WATER QUALITY CONTROL<br>BOARD, SAN DIEGO REGION,<br>et al.,<br>        Defendants. | 3:21-cv-01749-JM-JLB<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff the United States of America and Defendants the California Regional Water Quality Control Board, San Diego Region ("San Diego Water Board"), and David W. Gibson, in his official capacity as Executive Officer of the San Diego Water Board (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate to dismiss the complaint (Dkt. No. 1) with prejudice.  The Parties state as follows:

1. The Parties entered a settlement agreement resolving the claims regarding the National Pollutant Discharge Elimination System ("NPDES") permit that is the subject of this litigation.

2. Under the terms of the agreement, the United States agreed to dismiss its complaint with prejudice if the San Diego Water Board adopted certain agreed-upon revisions to the NPDES permit.

3. On March 8, 2023, the San Diego Water Board adopted the agreed-upon revisions and issued revised NPDES permit number R9-2023-0009.

4. Pursuant to the settlement agreement, each party will bear its own fees and costs associated with the litigation.

5. The Parties hereby stipulate to dismissal with prejudice of this matter.

//
//
//
//
//
//
//
//

| | |
|---|---|
| Dated: March 16, 2023 | Respectfully submitted, |
| | TODD KIM<br>Assistant Attorney General<br>Environment & Natural Resources Division |
| | /s/     Lucy E. Brown<br>ANDREW S. COGHLAN<br>LUCY E. BROWN<br>Attorneys<br>Environmental Defense Section |
| | *Attorneys for Plaintiff* |
| | ROB BONTA<br>Attorney General of California<br>MICHAEL P. CAYABAN<br>Supervising Deputy Attorney General |
| | /s/     Phillip Hoos<br>PHILLIP HOOS<br>Deputy Attorney General |
| | *Attorneys for Defendants* |